```
MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA  94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Defendants,
DAVID WILLIAM BARTENWERFER
and KATE MARIE BARTENWERFER
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>DAVID WILLIAM BARTENWERFER and KATE MARIE BARTENWERFER<br><br>Debtors.<br><br>KIERAN BUCKLEY,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILLIAM BARTENWERFER and KATE MARIE BARTENWERFER,<br><br>Defendants. | Case No. 13-30827-HLB-7<br><br>Chapter 7<br><br>Adv. Pro. No. 13-03185-HLB<br><br>**JOINT DECLARATION OF DAVID WILLIAM BARTENWERFER AND KATE MARIE BARTENWERFER RE CURRENT INCOME AND EXPENSES IN SUPPORT OF DEFENDANTS' MOTION FOR STAY PENDING APPEAL**<br><br>[No Hearing Set] |

David William Bartenwerfer and Kate Marie Bartenwerfer declare:

1. We are the Debtors and Defendants herein. The following facts are true and correct of our own personal knowledge. If called as witnesses, we could and would competently testify as follows.

2. Kate continues to be employed and earned a gross average income of $18,604 per month for the reporting months September – November 2022, as set forth in **Exhibit "A"** attached hereto.

3. David had been unemployed since June 2019 through December 2021. David then obtained temporary employment as a 1099 contractor as of January 2022. David has generated an average of $11,666 per month for the reporting months of September - November 2022 from

1

employment as 1099 contractor, as set forth in **Exhibit "A"** attached hereto.

4. Our family's monthly expenses for the reporting months of September - November 2022 are set forth in **Exhibit "A"** attached hereto.

5. There were changes in household income and expenses during the reporting months, primarily due to an increase in pay during the reporting period months for Kate, increasing the income by approximately $2,158 per month for the reporting period months, and expenses showing an from the previous reporting months by approximately $2,709 per month for the reporting period months, primarily due to auto lease payments, tax payments, and legal fees paid, as set forth in **Exhibit "A"** attached hereto.

6. We have a demand for payment from the California Franchise Tax Board in the amount of $39,808, plus interest, for tax returns from the years 2010 and 2011. We dispute this liability and will have to expend further time and resources on accountants to ensure that we are treated fairly and accurately. We are still working with the California Franchise Tax Board on this issue. Once our liability is finally determined, we will pay those obligations to the best of our ability.

7. David will need to make payments on back alimony and support obligations to his ex-wife to the best of his financial ability.

8. We will need to pay all legal bills to the best of our ability.

9. We live in San Francisco and our expenses for a family of three are modest. Because David's employment varies, with limitations in his ability to work due to poor health in dealing with stage 3 cancer, all of our family's income is necessary for the support of our family.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of December 2022.

/s/ David William Bartenwerfer
DAVID WILLIAM BARTENWERFER

/s/ Kate Marie Bartenwerfer
KATE MARIE BARTENWERFER

# EXHIBIT A

Case: 13-03185   Doc# 321   Filed: 12/07/22   Entered: 12/07/22 11:55:53   Page 3 of 5

Bartenwerfer Family Monthly Budget
For Period September 2022 - November 2022

|  | **Sept** | **Oct** | **Nov** |
|---|---|---|---|
| **Income** | | | |
| Kate's Income | $18,604 | $18,604 | $18,604 |
| Kate's annual bonus | | | |
| David's Income (or unemployment) | $12,500 | $10,000 | $12,500 |
| *Total Income* | *$31,104* | *$28,604* | *$31,104* |
| | | | |
| **Expenses** | | | |
| Rent | $3,400 | $3,400 | $3,400 |
| | | | |
| Utilities | | | |
| Electricity & Heating Fuel | $167 | $165 | $160 |
| Water and Sewer | $53 | $71 | $74 |
| Telephone | $141 | $147 | $147 |
| Cable/Satellite/Alarm | $55 | $55 | $55 |
| Trash collection | $44 | $44 | $44 |
| Internet (included with phone) | | | |
| | | | |
| Food | $2,822 | $2,650 | $2,923 |
| | | | |
| Clothing | $412 | $829 | $254 |
| | | | |
| Laundry and dry cleaning | $25 | $225 | $155 |
| | | | |
| Medical and dental expenses | $1,033 | $349 | $628 |
| | | | |
| Transportation (gas, public transport) | $359 | $1,265 | $933 |
| | | | |
| Recreation, clubs and entertainment, newspapers, | $660 | $130 | $450 |
| | | | |
| Education | $0 | $0 | $0 |
| | | | |
| Insurance | | | |
| Renters | $27 | $27 | $27 |
| Life | $107 | $107 | $107 |
| Health | $1,017 | $1,017 | $1,017 |
| Auto (monthly cost of bi-annual bill) | $103 | $107 | $111 |
| Other | | | |
| | | | |
| Taxes | | | |
| Income Tax, FICA | $11,508 | $10,583 | $11,508 |
| | | | |
| Installment payments | | | |
| Auto Lease | $414 | $414 | $414 |

| | | | |
|---|---|---|---|
| Alimony and support paid to others[2] | $3,900 | $3,900 | $3,900 |
| Retirement Contributions/Expenses | $1,970 | $1,970 | $977 |
| After School | | | |
| Legal Fees[2] | $5,000 | $2,500 | $2,500 |
| CA FTB/IRS Settlement (TBD) | | | |
| *Total Expenses* | *$33,218* | *$29,956* | *$29,785* |
| **Net Monthly Income** | **-$2,114** | **-$1,352** | **$1,319** |

[2] Payable when funds are available