**MACDONALD | FERNANDEZ** LLP
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Defendants,
DAVID WILLIAM BARTENWERFER
and KATE MARIE BARTENWERFER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

DAVID WILLIAM BARTENWERFER and
KATE MARIE BARTENWERFER

       Debtors.

_____

KIERAN BUCKLEY,

       Plaintiff,

     vs.

DAVID WILLIAM BARTENWERFER and
KATE MARIE BARTENWERFER,

       Defendants.

Case No. 13-30827-HLB-7

Chapter 7

Adv. Pro. No. 13-03185-HLB

**CERTIFICATE OF SERVICE**

Hon. Hannah L. Blumenstiel

     I the undersigned state that I am employed in the City and County of San Francisco, State of

California; that I am over the age of eighteen years and not a party to the within action; that my

business address is 221 Sansome Street, San Francisco, California, 94104-2323.

     On the date hereon, I served the foregoing document(s) described as:

    1. **JOINT DECLARATION OF DAVID WILLIAM BARTENWERFER AND KATE
       MARIE BARTENWERFER RE CURRENT INCOME AND EXPENSES IN
       SUPPORT OF DEFENDANTS' MOTION FOR STAY PENDING APPEAL**

///

///

///

1

on the following:

Greg Groeneveld, Esq.                    Janet Brayer, Esq.
5 Third St., Suite 1100                   LAW OFFICES OF JANET BRAYER
San Francisco, CA 94103                   456 Montgomery St., Suite 2000
                                          San Francisco, CA  94104
Greg@GregGroeneveldLaw.com                janet@brayer.net

____    (By Personal Service)  By causing a true copy of said document(s), enclosed in a sealed envelope and addressed below, to be hand delivered.

____    (By First Class U.S. Mail)  By causing a true copy of said document(s), enclosed in a sealed envelope addressed as below and with postage thereon fully prepaid, to be placed in United States mail at San Francisco, California.

____    (By Federal Express) By causing a true copy of said document(s), enclosed in appropriate packaging and addressed as below and with delivery fee thereon fully prepaid, to be delivered to a Federal Express.

____    (By Facsimile)  By causing a true copy of said document(s),to be transmitted by facsimile machine to telephone numbers shown below, known by or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/persons/firms listed below.  The transmission was reported as complete and without error.

 X      (By E-mail)  By causing a true copy of said document(s), to be transmitted by e-mail to the e-mail addresses shown below, known by or represented to me to be the receiving e-mail addresses of the parties/persons/firms listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.


Executed on     December 7, 2022     , at San Francisco, California.

        I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct and that I am employed in the office of a member of the bar of this

Court, at whose direction the service was made and that the foregoing is true and correct.

                                        /s/ Brenda S. Johnson
                                        BRENDA S. JOHNSON

2