# Supreme Court of the United States

No. 21–908

**KATE MARIE BARTENWERFER,**

Petitioner

v.

**KIERAN BUCKLEY**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

February 22, 2023

*A True copy* SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

*[signature: Scott S. Harris]*