**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Defendants
DAVID WILLIAM BARTENWERFER and
KATE MARIE BARTENWERFER

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | BK Case No.: 13-30827-HLB |
| DAVID WILLIAM BARTENWERFER and KATE MARIE BARTENWERFER, | Chapter 7 |
| Debtor. | |
| KIERAN BUCKLEY, | AP Case No. 13-3185-HLB |
| Plaintiff, | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |
| v. | |
| DAVID WILLIAM BARTENWERFER and KATE MARIE BARTENWERFER, | |
| Defendants. | |

- 1 -

AP CASE NO. 13-3185-HLB

ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT

Case: 13-03185   Doc# 323   Filed: 05/07/24   Entered: 05/07/24 19:10:06   Page 1 of 3

**EJ-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:

After recording, return to:
Greg Groeneveld (SBN: 163833)
Law Offices of Greg Groeneveld
27 Maiden Lane, Ste 600
San Francisco, CA 94108

TEL NO.: 415-308-3637     FAX NO. (optional):
E-MAIL ADDRESS *(Optional)*: Greg@GregGroeneveldLaw.com

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave.

MAILING ADDRESS:

CITY AND ZIP CODE: San Francisco, CA 94102

BRANCH NAME: Northern District of California

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: Kieran Buckley

DEFENDANT: David William Bartenwerfer; Kate Marie Bartenwerfer

CASE NUMBER
13-30827; Adv.Proc.No.13-03185

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:*
   Kieran Buckley
   PO Box 225245, San Francisco, CA 94122

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
   David William Bartenwerfer and Kate Marie Bartenwerfer
   2210 33rd Avenue, San Francisco, CA 94116

5. a. Judgment entered on *(date)*: October 27, 2016

   b. [ ] Renewal entered on *(date)*:

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| San Francisco | 01/25/2013 | 2013J59307 |
| San Mateo | 12/27/2016 | 2016-13853 |
| Alameda | 12/23/2016 | 2016-33654 |
| Contra Costa | 12/05/2016 | 2016-0263131-00 |

7. [X] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:
   16-7560887078

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 5/6/2024

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY*)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060,
724.120, 724.250

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Contra Costa

On May 6, 2024 before me, Kathy Lozano ,

A Notary Public personally appeared Greg R. Groeneveld

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

KATHY LOZANO
Notary Public - California
Contra Costa County
Commission # 2359409
My Comm. Expires May 29, 2025

Signature

(Seal)